```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 00938
   DARRELL TRIBBLE
                                           CHAPTER 13

                                           JUDGE: MANUEL BARBOSA

         Debtor
    SSN XXX-XX-9211

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/16/08 .

   2.  The case was converted to Chapter 7 without confirmation, 03/21/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------

       Summary of disbursements:
------------------------------------------------------------------------
                   SECURED    PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00          .00          .00          .00
PRINCIPAL PAID          .00        .00          .00          .00          .00
INTEREST PAID           .00        .00          .00          .00          .00
TOTAL PAID              .00        .00          .00          .00          .00
The Debtor's attorney, PRO SE DEBTOR               , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $        .00 .




     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 06/26/08              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 08 B 00938 DARRELL TRIBBLE
```